IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHELLE ANNETTE
WHITENER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-1569

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 17, 2014.

An appeal from an order of the Circuit Court for Duval County.
Suzanne Bass, Judge.

Michelle Annette Whitener, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

        DISMISSED.

LEWIS, C. J., PADOVANO and CLARK, JJ., CONCUR.